```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

MACK DAVID WOODYARD,                 :

    Petitioner,                      :
                                            CIVIL ACTION 11-0035-WS-M
v.                                   :
                                        CRIMINAL ACTION 05-00206-WS-M
UNITED STATES OF AMERICA,            :

    Respondent.                      :

<u>ORDER</u>

    After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be denied.  It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

    DONE this 19th day of August, 2011.


<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE