IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MACK DAVID WOODYARD, :

    Petitioner, :

                                   CIVIL ACTION 11-0035-WS-M

v. :

                                   CRIMINAL ACTION 05-00206-WS-M

UNITED STATES OF AMERICA, :

    Respondent. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Mack David Woodyard.

DONE this 19th day of August, 2011.

                                           s/WILLIAM H. STEELE
                                           CHIEF UNITED STATES DISTRICT JUDGE